**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN SEANZ SALCIDO,  Plaintiff,  v.  R.C. JOHNSON, ET AL.,  Defendants. | NO. CV 19-9259-ODW(E)  JUDGMENT |

IT IS ADJUDGED that the Second Amended Complaint and the action are dismissed without leave to amend and with prejudice.

DATED: September 8, 2020.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE